**No. 10-6941. John A. Maranian, Petitioner v. Michigan.**

562 U.S. 1094, 131 S. Ct. 802, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9467.

December 6, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-7002. Kelechi Emeruwa, Petitioner v. Maryland.**

562 U.S. 1094, 131 S. Ct. 802, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9504.

December 6, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 189 Md. App. 720.

**No. 10-7003. John L. Dye, Jr., Petitioner v. Bryan Bartow, et al.**

562 U.S. 1094, 131 S. Ct. 803, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9446, ▮

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 381 Fed. Appx. 604.

**No. 10-7051. Alice O'Donnell, Petitioner v. New Jersey.**

562 U.S. 1094, 131 S. Ct. 803, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9514.

December 6, 2010. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

Same case below, 203 N.J. 160, 1 A.3d 604.

**No. 10-7083. Michael A. Sveum, Petitioner v. Wisconsin.**

562 U.S. 1094, 131 S. Ct. 803, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9494.

December 6, 2010. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 328 Wis. 2d 369, 787 N.W.2d 317.

**No. 10-7098. Michael Castillo, Petitioner v. Connecticut.**

562 U.S. 1094, 131 S. Ct. 803, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9505.

December 6, 2010. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 121 Conn. App. 699, 998 A.2d 177.

**No. 10-7118. Aileen Centeno, Petitioner v. Rhoda A. Winstead, Superintendent, State Correctional Institution at Cambridge Springs, et al.**

562 U.S. 1095, 131 S. Ct. 803, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9536.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7149. Lisa J. Gillard, Petitioner v. Proven Method Seminars, LLC.**

562 U.S. 1095, 131 S. Ct. 804, 178 L. Ed. 2d 537, 2010 U.S. LEXIS 9479, ▮

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 388 Fed. Appx. 549.